IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:09cv326

| | |
|---|---|
| DAVID E. NOLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| AMERICAN GENERAL LIFE ) | |
| AND ACCIDENT INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Remand Back to State Court [Doc. 5], filed September 1, 2009.

With the consent of the Plaintiff's counsel, counsel for the Defendant has contacted Magistrate Judge's chambers staff and advised that the Defendant consents to a remand of this case and that the Plaintiff has agreed to withdraw his request for an award of costs and expenses pursuant to 28 U.S.C. § 1447(c). [See Doc. 5].

Based upon the representations of counsel, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Remand Back to State Court [Doc. 5] is **GRANTED**, and this matter is hereby **REMANDED**

to the Rutherford County General Court of Justice, Superior Court Division, for such further proceedings as may be required.

**IT IS FURTHER ORDERED** that the Plaintiff's request for an award of costs and expenses pursuant to 28 U.S.C. § 1447 [Doc. 5] is hereby **DENIED** as withdrawn.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

Signed: September 3, 2009

Martin Reidinger
United States District Judge